**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **13–41361**

| UNITED STATES BANKRUPTCY COURT Eastern District of Texas |
|---|

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/31/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Mark D. Bentley<br>1174 Dicken Road<br>Howe, TX 75459 | Sheryl D. Bentley<br>1174 Dicken Road<br>Howe, TX 75459 |
| Case Number:<br>13–41361 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–2578<br>xxx–xx–1113 |
| Attorney for Debtor(s) (name and address):<br>Richard A. Pelley<br>905 N. Travis St<br>Sherman, TX 75090<br>Telephone number: (903) 813–4778 | Bankruptcy Trustee (name and address):<br>Linda S Payne<br>541 Banner Place<br>12770 Coit Road<br>Dallas, TX 75251<br>Telephone number: 972–628–3695 |

## Meeting of Creditors

Date: **July 5, 2013**          Time: **09:30 AM**
Location: **1600 N. Central Expressway, Plano, TX 75074**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/3/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074<br>Telephone number: (972)509–1240 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeanne Henderson |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 6/3/13 |

## EXPLANATIONS       B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

Case 13-41361   Doc 4   Filed 06/05/13   Entered 06/06/13 00:40:46   Desc Imaged
Certificate of Notice   Page 3 of 4

```
                         United States Bankruptcy Court
                            Eastern District of Texas
In re:                                                       Case No. 13-41361-btr
Mark D. Bentley                                              Chapter 7
Sheryl D. Bentley
      Debtors
                              CERTIFICATE OF NOTICE
District/off: 0540-4          User: alcaraze           Page 1 of 2           Date Rcvd: Jun 03, 2013
                              Form ID: B9a             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2013.
db/jdb      +Mark D. Bentley,   Sheryl D. Bentley,   1174 Dicken Road,   Howe, TX 75459-4404
6551280     +Attorney General of Texas,   Collection Div.- Bankruptcy,   Box 12548, Capitol Station,
              Austin , TX 78711-2548
6551281      Best Buy/ HSBC Retail,   PO Box 60504,   City of Industry, CA 91716-0504
6551282     +Capital One,   3905 N. Dallas Parkway,   Plano, Texas 75093-7892
6551283     +Chase Health,   P.O. Box 4758,   Carol Stream, IL 60197-4758
6551284     +Direct Buy,   VFTree, LLC,   P.O. Box 5190,   Bossier City, LA 71171-5190
6551286      Discover Card,   P.O. Box 85038,   Phoenix, AZ 85038
6551287     +FmHA,   101 S. Main St., Suite 102,   Temple, TX 76501-7651
6551288     +Green Planet,   321 Research Parkway,   Suite 303,   Meridien, CT 06450-8342
6551290     +HSBC,   P.O. Box 60501,   City of Industry, CA 91716-0501
6551294     +Office of Attorney General,   Child SupportDivision,   1600 Pacific, #700,
              Dallas, TX 75201-3627
6551295      State Comptroller,   Capitol Station,   Austin,  TX  78711
6551297     +Toys R Us,   Box 530939,   Atlanta, GA 30353-0939
6551299     +U.S. Attorney,   Main & Justice Bldg.,   10th & Pennsylvania NW,   Washington, DC 20530-0001
6551298     +U.S. Attorney,   700 Nations Bank Towe,   110 N. College Ave.,   Tyler, TX 75702-7226
6551300     +U.S. Attorney General,   Dept. of Justice, Main Justice,   10th and Constition NW,
              Washington, DC 20530-0001
6551302     +Veterans Administration,   701 Clay Ave.,   Waco, TX 76706-1177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: richard.pelley@verizon.net Jun 04 2013 01:52:10     Richard A. Pelley,
              905 N. Travis St,   Sherman, TX  75090
tr          +EDI: QLSPAYNE.COM Jun 04 2013 02:28:00     Linda S Payne,   541 Banner Place,   12770 Coit Road,
              Dallas, TX 75251-1336
ust         +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jun 04 2013 02:43:39     US Trustee,
              Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,   Tyler, TX 75702-7231
6551279     +EDI: GMACFS.COM Jun 04 2013 02:28:00     Ally,   P.O. Box 78234,   Phoenix, AZ 85062-8234
6551285     +EDI: DISCOVER.COM Jun 04 2013 02:23:00     Discover Card,   P.O. Box 29033,
              Phoenix, AZ 85038-9033
6551289      E-mail/Text: bankruptcy.notices@hdfsi.com Jun 04 2013 01:57:01     Harley Davidson,
              P.O. Box 21908,   Carson City, NV 89721-1908
6551291      EDI: IRS.COM Jun 04 2013 02:24:00     Internal Revenue Service,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
6551292     +EDI: CBSKOHLS.COM Jun 04 2013 02:23:00     Kohls,   P.O. Box 2983,   Milwaukee, WI 53201-2983
6551293      EDI: RMSC.COM Jun 04 2013 02:24:00     Lowes,   PO Box 530914,   Atlanta, GA 30353-0914
6551296     +E-mail/Text: redpacer@twc.state.tx.us Jun 04 2013 02:04:47     Texas Employment Commission,
              T.E.C. Bldg., Tax Dept.,   Austin, TX 78778-0001
6551301     +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jun 04 2013 02:43:39     US Trustee,   300 Plaza Tower,
              110 North College Ave,   Tyler, Texas 75702-7231
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0540-4          User: alcaraze              Page 2 of 2              Date Rcvd: Jun 03, 2013
                              Form ID: B9a                Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2013 at the address(es) listed below:
         Linda S Payne    ecf@paynetrustee.com, TX21@ecfcbis.com;lspayne@ecf.epiqsystems.com
         Richard A. Pelley    on behalf of Debtor Mark D. Bentley richard.pelley@verizon.net, michelle.lankford@verizon.net
         Richard A. Pelley    on behalf of Joint Debtor Sheryl D. Bentley richard.pelley@verizon.net, michelle.lankford@verizon.net
         US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
         TOTAL: 4